

# NUMBER 13-21-00311-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE GEORGE ANDREW DAY

## On Petition for Writ of Mandamus.

# ORDER

### Before Justices Benavides, Longoria, and Tijerina
### Order Per Curiam

This Court issued its opinion in this case on October 29, 2021. *See In re Day*, No. 13-21-00311-CV, 2021 WL 5039735, at *1 (Tex. App.—Corpus Christi Oct. 29, 2021, orig. proceeding) (mem. op.). Relator, George Andrew Day, has now filed a motion for rehearing asserting that he met his burden to show that the trial court abused its discretion in failing to timely rule on relator's motion for an accounting.

The Court requests that the real party in interest, Jack R. Day, file a response to relator's motion for rehearing that directly addresses the issues raised in that motion.

Such response is due within ten (10) days from the date of this order.

PER CURIAM

Delivered and filed on the
23rd day of November, 2021.